Federal District Court for the District of Massachusetts

Immigration and Naturalization Services

vs.

Francisco Castillo

FILED
Federal District Court

2004 JUL -6 P 2:57

U.S. DISTRICT COURT
DISTRICT OF MASS

## Motion for a Speedy Trial

Now Comes, Aleister Sibilia Lopez, the Defendant's Counsel in the above-entitled matter, Pursuant to the 6th Amendment to the Constitution for the United States of America, and moves this Honorable Court to give the Defendant a speedy trial in said matter.

The Immigration and Naturalization Services has started legal action against the Defendant by obtaining a warrant against him, said warrant number is #A34 156 267.

The Defendant is currently in the custody of the Massachusetts Department of Corrections and would like to resolve this matter forthwith.

Respectfully Submitted,

Aleister Sibilia Lopez
Aleister Sibilia Lopez
Prisoner Counsel
35 Wand Drive
Danbury, Connecticut
United States of America
29th day of June, 2004

One of One

Eastern District Court in District of Massachusetts

Certificate of Service

Immigration and Naturalization Services

vs

Francisco Castillo

FILED
CLERKS OFFICE
2004 JUL -6 P 2:57
U.S. DISTRICT COURT
DISTRICT OF MASS

I, Aleister Sibilia Lopez, swear and certify that opposing party in the above-entitled matter, the Immigration and Naturalization Services, has been given services of the recent action taken in said matter by the Defendant, by providing it with a true and exact copy of the following document: Motion for a Speedy trial, one page, dated 29th day of June, 2004.

This document was placed in an envelope which was then sealed and stamped, and addressed to:

   Immigration and Naturalization Services
   1 Courthouse Way
   Boston, Massachusetts 02210
   United States of America

The envelope was later placed in the United States Postal Service box in Massachusetts Correctional Institution, Concord on the 30th day of June, 2004 for delivery.

Signed under pains and punishment of perjury this 30th day of June, 2004

   Aleister Sibilia Lopez
   Aleister Sibilia Lopez
   Prisoner/Counsel
   35 Ward Drive
   Danbury, Connecticut
   United States of America

   One of One