UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCISCO CASTILLO,
        Plaintiff,

v.

IMMIGRATION AND NATURALIZATION SERVICE,
        Defendant.

CIVIL ACTION

NO.   04-11566-NMG

-------------------------------------------------------------------------

OSCAR A. GUERRERO,
        Plaintiff,

v.

IMMIGRATION AND NATURALIZATION SERVICE,
        Defendant.

CIVIL ACTION

NO.   04-11568-NMG

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with this Court's order dated July 21, 2004, it is ORDERED that the within actions be and they hereby are dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date July 21, 2004

(noticeofdismissal.wpd - 12/98)     [odism.]