Immigration and Customs
C.C. [illegible]

v.

Francisco Castillo

FILED Federal District Court

2004 AUG -6 P 12: 13

DISTRICT COURT
DIST. OF MASS

04CV11566

## Motion for a Speedy Trial

Now comes Francisco Castillo in propria persona but not generally, for it is traditionally known that all pleas must be made in such manner because if made by an officer of the Court one submits to the Court's jurisdiction. Being a natural born man and a Citizen of a foreign State comes before this Honorable Court and, pursuant to the 6th Amendment to the Constitution for the United States of America and the English Bill of Rights which predates said Constitution, moves to have a speedy trial in the above entitled matter. It comes [illegible]

The Immigration and Customs Enforcement agency has initiated legal action against Francisco Castillo by obtaining a warrant against him for his person to be detained. The identification number of said warrant is A 134 156 667.

Francisco Castillo is currently in the custody of the Massachusetts Department of Corrections and demands to be brought to trial on this matter initiated against him as quickly as his natural rights prescribe.

Respectfully presented,

Francisco Castillo
Francisco Castillo
965 Elm Street
West Concord, Massachusetts
United States of America
3rd day of August, 2004

One of One

Filed Massachusetts

Certificate of Service

I, Francisco Castillo, swear and certify the Immigration and Customs Enforcement agency has been provided with notice of the recent action taken by me in the matter it initiated by obtaining a warrant for my detention and the # of said warrant is A34 156 267. Notice of the recent action was served by sending a true and exact copy of the following document - Motion for a Speedy Trial. This document was placed in an envelope which was then sealed and addressed to the following: Immigration and Customs Enforcement
John F. Kennedy Federal Building
Government Center
Boston, Massachusetts
United States of America

The envelope was later placed in the United States Postal Service box at Massachusetts Correctional Institution, Concord on the 4th day of August, 2004.

Signed under pains and penalties of perjury this 4th day of August, 2004

Francisco Castillo
Francisco Castillo
965 Elm Street
West Concord, Massachusetts
United States of America